# United States District Court
## Violation Notice

Location Code: TN 5P

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6460909 | BANVILLE | 1033 |

6460909

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 1916 03/10/2018 | 38 CFR VAREG 1.218(b)(11) |

Place of Offense: SCI BLDG, WARD 1 WEST ROOM 1C123

Offense Description: Factual Basis for Charge — HAZMAT ☐

DISORDERLY CONDUCT

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| SMITH | RONALD | |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 250 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 280 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) / Time (hh:mm) |
|---|---|
| | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ____________

(Rev. 2017/11) Original - CVB Copy

CVB SCAN 03/22/2018 12:19

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10 MAR, 20 18 while exercising my duties as a law enforcement officer in the WESTERN District of TN

I WAS ASSISTING OFFICER HUNTER ON AN INCIDENT INVOLVING MR SMITH, WHO WAS FOUND TO BE IN POSSESSION OF A HAND HELD WEAPON. AFTER IT WAS CONFISCATED SMITH TOLD THE WARD STAFF, "I DIDN'T HAVE IT AS A WEAPON, BUT I SHOULD HAVE STABBED YOU BITCHES"

The foregoing statement is based upon:
- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/10/2018 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/22/2018 12:19